**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| FAYE B. FEINSTEIN, NOT INDIVIDUALLY, BUT AS RECEIVER FOR WML GRYPHON FUND LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. McDONALD, ROBERT S. MCDONALD, HEATHER MCDONALD SLEEMAN, MEGHAN HARSHMAN a/k/a MEGHAN C. McDONALD, and SHAUN P. McDONALD, each individually and each in his or her capacity as a trustee of the McDonald Education Trust U/T/A Dated 11/26/94, and as trustee of a separate trust created pursuant to Section 3.2 of the McDonald Education Trust U/T/A 11/26/94; MARY F. McDONALD, individually and in her capacity as a trustee of the McDonald Education Trust U/T/A Dated 11/26/94; DONALD H. McDONALD, individually and in his capacity as a trustee of the McDonald Education Trust Created U/T/A Dated 11/26/94; the estate of Donald H. McDonald, Deceased; SYLVIA McDONALD; and Minors 1-14.<br><br>    Defendants. | Case No. 11-C-00060 |

**ORDER GRANTING AGREED MOTION FOR
VOLUNTARY DISMISSAL OF ACTION**

THIS CAUSE, coming to be heard on the *Agreed Motion for Voluntary Dismissal of Action* (the "Agreed Motion"; all capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreed Motion); due and proper notice of the Agreed Motion having been served on all entities entitled thereto and no other or further notice having been required, it having been represented in the Agreed Motion that (a) the Receiver, as Plaintiff, and the McDonald Parties,

as Defendants, all agree to the entry of this Order pursuant to a written Settlement Agreement executed by the Receiver and the McDonald Parties, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED THAT**:

1. The Agreed Motion is **GRANTED**.

2. The above-captioned action is dismissed under Fed. R. Civ. P. 41(a) as to all Defendants (whether or not such Defendants are included among the McDonald Parties), as provided in the Settlement Agreement.

3. The Court retains jurisdiction to determine disputes arising from, and to enforce, the Settlement Agreement.

**SO ORDERED** this   1st   day of March, 2011.

s/ William C. Griesbach  
Honorable William C. Griesbach  
United States District Judge